**United States Bankruptcy Court**

**Eastern District of Virginia**

<u>Richmond</u> **Division**

In re:  Joyace A. Hayes                                                            Case No.   26-31635-KLP

                        Debtor(s)

### ORDER ON DEBTOR'S APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED

Upon consideration of the debtor's "Application To Have the Chapter 7 Filing Fee Waived," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[x] DENIED.  <u>Income is not less than 150 percent of the income official poverty line applicable to a family of the size involved.</u>
   _____

   [x] The debtor shall pay the chapter 7 filing fee, in installments, according to the following terms:

   $120.00 Due: <u>14 days fr. entry or 40 days fr.</u>
                     <u>ord for rel, whichever is later</u> , 20 _____.
   $110.00 Due: <u>80 days fr. order for relief</u> , 20 _____.
   $108.00 Due: <u>120 days fr. order for relief</u>, 20 _____.

   [ ] The debtor may not pay the chapter 7 filing fee in installments, and the full fee is :

   $_____Due:_____, 20___. If you fail to timely make the payment, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

      Date:
      Time:
      Location:  <Select Hearing Location>
      If the debtor(s) fails to file a timely response and appear at the hearing, the above-captioned case may be dismissed.
      NOTICE: The hearing will be held only if the debtor(s) fails to timely make the payment.

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. The debtor must also pay the entire filing fee to receive a discharge.

   Debtor(s) not represented by counsel must submit installment fee in the exact amount due with a cashier's check or money order made payable to "Clerk, U.S. Bankruptcy Court." Personal checks of the debtor(s) cannot be accepted. Cash is not accepted.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE AND THE DEBTOR'S RIGHTS IN FUTURE BANKRUPTCY CASES MAY BE AFFECTED. UPON DISMISSAL OF THE CASE, THE REMAINING FILING FEE IS NONETHELESS DUE AND PAYABLE WITHIN 14 DAYS FOLLOWING DISMISSAL OF THE CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on
   _____ at_____ at <Select Location>_____ .

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

Date: <u>Apr 21 2026</u>                                      <u>/s/ Keith L Phillips</u>
                                                             United States Bankruptcy Judge

                                                             NOTICE OF JUDGMENT OR ORDER
[103B ver. 03/25]                                            ENTERED ON DOCKET: <u>Apr 21 2026</u>

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                          Case No. 26-31635-KLP

Joyace A. Hayes                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: SarahMelv | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 21, 2026 | Form ID: pdforder | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Joyace A. Hayes, 13149 Old Cox Road., South Hill, VA 23970-6531

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer J. West | jjw_trustee@spottsfain.com  jjw@trustesolutions.net |
| Matthew W. Cheney | USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 2